IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

    Plaintiff,

vs.

J. D. LOZANO, et al.,

    Defendants.

No. C 13-1525 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On May 3, 2013, the Clerk of the Court sent a notice to Plaintiff informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk then sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

    More than twenty-eight days have passed, and Plaintiff has not paid the fee or returned a completed *in forma pauperis* application. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter judgment, terminate all pending motions, and close the file.

    IT IS SO ORDERED.

DATED: June 24, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\YGRALL\ECF-Ready\Blackman1525.DISIFP.wpd