IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-01525 YGR (PR)

TONY BLACKMAN,

**JUDGMENT**

       Plaintiff,

  vs.

J. D. LOZANO, et al.,

       Defendants.

                   /

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: June 24, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**United States District Court**
For the Northern District of California